**Memorandum Opinion filed December 23, 2025**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-25-00170-CV
_____

### AUDIFAS PEREZ FLORES, Appellant

### V.

### JOSE ADAN GOMEZ AND JOSE ABRAHAM GOMEZ, Appellees

**On Appeal from the 201st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-001493**

## MEMORANDUM OPINION

This is an appeal from an order signed August 15, 2025. The notice of appeal was filed September 25, 2025. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record. Further, to date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code § 51.207 (appellate fees and costs).

On November 19, 2025, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, by December 1, 2025, appellant paid or made arrangements to pay for the record and provided this court with proof of payment, *see* Tex. R. App. P. 37.3(b), and paid the appellate filing fee. Appellant has not provided this court with proof of payment for the record, paid the appellate filing fee, or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time). We further dismiss appellees' motion to dismiss the appeal as moot.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.